| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>September 25, 2023<br>Nathan Ochsner, Clerk |

In Re: Luciano Gonzalez  
Debtor

Case No.: 23−50062

Chapter: 7

---

### NOTICE OF FINANCIAL MANAGEMENT COURSE REQUIREMENT

As provided by 11 U.S.C. § 727(a)(11), the Court will not grant a discharge of debts in this case until Debtors complete an approved instructional course concerning personal financial management. Debtors must complete a financial management course and file proof of completion with the court by October 10, 2023 or this case will be closed without entry of discharge thirty days after the Trustee files a final report and account. Once the case is closed, Debtors will be required to pay a reopening fee in order to file the proof of course completion and receive a discharge.

**NOTE: This financial management course requirement is in addition to the pre−bankruptcy credit counseling briefing under 11 U.S.C. § 109 (h).**

A list of financial management course providers is maintained on the court's website: www.txs.uscourts.gov under bankruptcy court information, and on the United States Trustee's website: www.usdoj.gov/ust.

Date: September 25, 2023

Nathan Ochsner  
Clerk of Court