Certificate Number: 06531-TXS-DE-037826442

Bankruptcy Case Number: 23-50062



06531-TXS-DE-037826442

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2023, at 5:50 o'clock PM CDT, Luciano Gonzalez Sr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   October 5, 2023     By:   /s/Patricia Queen

Name:   Patricia Queen

Title:   Certified Credit Counselor